**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7394**

_____


DANIEL L. SPENCE, a/k/a Daniel Johnson,

                                    Plaintiff - Appellant,

        versus


UNITED STATES OF AMERICA,

                                    Defendant - Appellee.


_____

**No. 04-7526**

_____


DANIEL L. SPENCE,

                                    Plaintiff - Appellant,

        versus


THOMAS DIBIAGIO, United States Attorney; JOHN
J. BARRY, Federal Bureau of Investigations;
PETER GIANIODIS, Bank of America (Nations
Bank); JAMES ULWICK, Kramon and Graham, P.A.;
GLEN CASE, Howard County Police Department;
SHARON DENISE JORDAN; STACY GIANIODIS,

                                    Defendants - Appellees.


_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-04-2065-WDQ; CA-04-2031-1-WDQ)

_____

Submitted:  November 3, 2004      Decided:  November 18, 2004

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel L. Spence, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Daniel L. Spence seeks to appeal the district court's denial of relief on his two 42 U.S.C. § 1983 (2000) complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Spence v. United States</u>, No. CA-04-2065-WDQ (D. Md. July 29, 2004); <u>Spence v. DiBiagio</u>, No. CA-04-2031-1-WDQ (D. Md. July 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>